UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARMONA TOVAR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FIELD OFFICE DIRECTOR, LOS ANGELES FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-01535-FLA (SSCx)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S REQUEST FOR TEMPORARY RESTRAINING ORDER [DKT. 9]** |

1

**ORDER**

On July 22, 2024, Petitioner David Carmona Tovar ("Petitioner") filed a combined Petition for Writ of Habeas Corpus ("Petition") and request for a temporary restraining order. Dkt. 1. Petitioner states he is a legal permanent resident who is currently detained by United States Immigration and Customs Enforcement ("ICE") at the Desert View Annex Detention Facility in Adelanto, California. *Id.* at 3–4. According to Petitioner, he was convicted of murder on September 26, 1991, and granted parole by the Board of Parole of California on December 22, 2022. *Id.* at 4.

On or about August 24, 2023, Petitioner was detained by ICE and has remained in ICE custody since that date. *Id.* at 5. On February 26, 2024, an Immigration Judge ordered Petitioner removed from the United States and denied his request to be released on bond. *Id.* Petitioner has appealed both decisions to the Board of Immigration Appeals. *Id.* On June 17, 2024, the Board of Immigration Appeals affirmed the denial of Petitioner's appeal and finalized his removal order. *Id.* On June 28, 2024, the Board of Immigration Appeals denied Petitioner's appeal of the bond decision as moot. *Id.* Petitioner appealed the Board of Immigration Appeals' decision to the Ninth Circuit, and the case was assigned Case No. 24-3856.

On July 12, 2024, Petitioner filed a request to be released on bond with an unspecified court, alleging changed circumstances due to: "(1) appointed a bar panel attorney in the Superior Court of California, County of Los Angeles pursuant to a motion I filed pursuant to 1473.7, (2) filed a Petition for Review in the Ninth Circuit Court of Appeals which was accepted and opened as Case No. 24-3856 (3) continued participation in rehabilitative programming." *Id.* (errors in original). On July 16, 2024, Petitioner's bond request was denied. *Id.*

On July 26, 2024, the court struck Petitioner's request for a temporary restraining order for failure to demonstrate notice to the opposing party or compliance with the procedural requirements to seek a temporary restraining order without notice. Dkt. 5.

On August 6, 2024, Petitioner filed a renewed request for a temporary restraining order, requesting the court order his release from ICE custody. Dkt. 9. Petitioner argues the Immigration Court and Board of Immigration Appeals erred by denying his release on bond, because the government cannot prove he is currently a danger to the community. *Id.* at 2.

On August 15, 2024, Respondents filed an objection to Petitioner's request, requesting the court strike the request for failure to comply with the requirements of Local Rules 65-1 and 7-19, or the court's July 26, 2024 Order. Dkt. 11. Respondents request alternatively that the court set a deadline for them to respond substantively. *Id.* at 1–2.

As Petitioner is in *pro se*, the court will exercise its discretion to consider the request to be a motion for a preliminary injunction, rather than an *ex parte* application for a temporary restraining order. Respondents' deadline to respond substantively to the Motion shall be September 27, 2024. Petitioner's deadline to file a reply in support of the request shall October 18, 2024. The court will set the matter for hearing if the court deems a hearing appropriate or necessary.

IT IS SO ORDERED.

Dated: September 4, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

3