1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9
10  DAVID CARMONA TOVAR,                    Case No. 5:24-cv-01535-FLA (SSC)
11                      Petitioner,         **ORDER ACCEPTING FINDINGS,**
12         v.                               **CONCLUSIONS, AND**
                                            **RECOMMENDATIONS OF UNITED**
13  FIELD OFFICE DIRECTOR, LOS              **STATES MAGISTRATE JUDGE**
14  ANGELES FIELD OFFICE, UNITED            **AND DENYING MOTION TO**
    STATES IMMIGRATION AND                  **DISMISS AS MOOT [DKT. 14]**
15  CUSTOMS ENFORCEMENT, *et al.*,
16                      Respondents.
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all of the
2 records herein, and the Report and Recommendation of United States Magistrate
3 Judge ("Report") to which no objections were filed.  Dkt. 22.
4    The Report explains that Petitioner has not communicated with the court
5 since August 2024 and did not respond to the court's order to show cause why the
6 action should not be dismissed, and that mail sent by the court to Petitioner,
7 including the Report, has been returned as undeliverable.  Dkt. 22 at 1–3; Dkt. 24.
8 Accordingly, the Report recommends dismissal of the action for Petitioner's failure
9 to prosecute and comply with court orders and the Local Rules, which require
10 Petitioner to notify the court of a change in address.  *Id.* at 1, 3–6.
11    The court ACCEPTS and ADOPTS the findings and conclusions of the
12 Magistrate Judge in the Report.  Judgment shall be ENTERED dismissing the
13 action without prejudice for Petitioner's failure to prosecute and comply with court
14 orders and the Local Rules.  Respondent's motion to dismiss, Dkt. 14, is DENIED
15 as moot.

17    IT IS SO ORDERED.

19 Dated: February 18, 2025

   FERNANDO L. AENLLE-ROCHA
   United States District Judge

2