UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARMONA TOVAR,<br><br>      Petitioner,<br><br>    v.<br><br>FIELD OFFICE DIRECTOR, LOS ANGELES FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>      Respondents. | Case No. 5:24-cv-01535-FLA (SSC)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is adjudged that this action is DISMISSED without prejudice for Petitioner's failure to prosecute and comply with court orders and the Local Rules.

  IT IS SO ORDERED.

Dated: February 18, 2025

                _____
                FERNANDO L. AENLLE-ROCHA
                United States District Judge